IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY LEWIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-2125-JAR ) |
| ROBERT BEDNAR, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 4) is hereby granted.

The clerk of the court, however, is directed not to proceed with service of process pending this court's review of plaintiff's complaint under 28 U.S.C. § 1915(e).

Copies of this order shall be served on the pro se plaintiff by regular and certified mail.

IT IS SO ORDERED.

Dated March 11, 2019, at Kansas City, Kansas.

                                                                                   s/ James P. O'Hara
                                                                                   James P. O'Hara
                                                                                   U.S. Magistrate Judge